IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41053
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

JOSÉ ANTONIO REVILLA-MORENO,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-98-CR-369-1
- - - - - - - - - -

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for José Antonio Revilla-Moreno has moved for leave to withdraw and filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Counsel has also filed a supplemental brief. Revilla-Moreno has filed three pro se motions in response, seeking appointment of substitute counsel. Our independent review of the briefs, Revilla-Moreno's motions, and the record discloses no nonfrivolous issue. The record has not been adequately developed for us to consider

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Revilla-Moreno's claim of ineffective assistance of counsel on direct appeal.  See United States v. Haese, 162 F. 3d 359, 363-64 (5th Cir. 1998), cert. denied, 119 S. Ct. 1795 (1999).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, all pro se motions are DENIED, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.